**MCD(6879)**
**WILLIAM C. MATSIKOUDIS**
**CORPORATION COUNSEL**
280 Grove Street
Jersey City, NJ   07302
(201) 547-5229
Attorney for Defendants City of Jersey City, Jersey City Police Department and Mayor Jerramiah Healy

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| VALERIE MONTONE, | : | |
| | : | CIVIL ACTION NO.: 06-280(FSH) |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| CITY OF JERSEY CITY, JERSEY CITY POLICE DEPARTMENT, MAYOR JERRAMIAH HEALY in his individual and official capacities, and POLICE CHIEF ROBERT TROY in his individual and official capacities, | : | **CERTIFICATION OF SERVICE** |
| | : | |
| Defendants, | : | |

The undersigned certified that on the _____ day of February, 2006, true copies of a Substitution of Attorney were filed, electronically with the United States District Court, District of New Jersey and same caused to be served upon the parties' counsel in this litigation by forwarding a copy of same via fascimile and regular mail to the following addresses:

| | |
|---|---|
| Lisa Manshel, Esq. | Stephanie C. Schwartz, Esq. |
| FRANCIS & MANSHEL, ESQS. | SCHWARTZ, SIMON, EDELSTEIN, |
| 150 Essex Street | CELSO & KESSLER, ESQS. |
| Suite 205 | Ten James Street |
| Millburn, NJ   07041 | Florham Park, NJ   07932 |
| Attorney for Plaintiff | Attorney for Police Chief Robert Troy |

I certify that the foregoing statements made by me are true.   I am aware that, if any of the foregoing statements made by me are willfully false, I am subject to punishment.

/s/Martin CX Dolan
Anthony DeSalvo,
Assistant Corporation Counsel

DATED:   February 8, 2006