**MANSHEL LAW, LLC**
*Attorneys for Plaintiff*
111 Dunnell Rd., Suite 102
Maplewood, NJ 07040
(973) 761-1205
Lisa Manshel, Esq. (LM-6668)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| VALERIE MONTONE, | Hon. Stanley R. Chesler |
|  | Civil Action No.: 2:06-cv-280 (SRC/CLW) |
| Plaintiff, |  |
|  | **FILED UNDER SEAL** |
| -vs- |  |
|  |  |
| CITY OF JERSEY CITY, et al., | **PLAINTIFF'S NOTICE OF MOTION *IN LIMINE*** |
|  |  |
| Defendants. |  |

TO:   Richard A. Gantner, Esq.
Nee Beacham & Gantner
722 Courtyard Drive
Hillsboro, NJ 08844

Domenick Carmagnola, Esq.
Carmagnola & Ritardi, LLC
60 Washington Street
Morristown, NJ 07960

Susan Fellman, Esq.
Breuninger & Fellman
1829 Front Street
Scotch Plains, NJ 07076

**PLEASE TAKE NOTICE** that, on_____, 2018, or as soon thereafter as counsel may be heard, Plaintiff, Valerie Montone, by and through her attorneys, Lisa Manshel, LLC, Manshel Law, LLC, 111 Dunnell Rd., Suite 102, Maplewood, NJ 07040,

will move before this Court for an Order granting Plaintiff's Motion in Limine.

**PLEASE TAKE FURTHER NOTICE** that in support of said Motion In Limine, Plaintiff will rely upon the enclosed Brief, Certification of Lisa Manshel with Exhibits, and proposed form of Order.

**PLEASE TAKE FURTHER NOTICE** that Plaintiff hereby *requests oral argument* on this motion on any return date as the Court may set.

                                  **MANSHEL LAW, LLC**
                                  *Attorneys for Plaintiff, Valerie Montone*

                                  BY:       s/Lisa Manshel
                                                 LISA MANSHEL, ESQ. (LM-6668)

Dated:        February 22, 2018
Montone.1351