**MANSHEL LAW, LLC**
*Attorney for Plaintiff*
111 Dunnell Rd., Suite 102
Maplewood, NJ 07040
(973) 761-1205
Lisa Manshel, Esq. (LM-6668)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| VALERIE MONTONE, | Hon. Stanley R. Chesler |
| | Civil Action No.: 2:06-cv-280 (SRC/CLW) |
| Plaintiff, | |
| | **FILED UNDER SEAL** |
| -vs- | |
| | **CERTIFICATION OF SERVICE** |
| CITY OF JERSEY CITY, et al., | |
| Defendants. | |

**LISA MANSHEL, ESQ.**, certifying in lieu of oath, deposes and says:

1. I am an attorney-at-law admitted to practice in the State of New Jersey and a member of the firm of Manshel Law, LLC, attorney for plaintiff in the above-captioned matter.

2. On this date, I caused to be electronically filed one copy each of Plaintiff's Notice of Motion *In Limine*, Brief in Support of Plaintiff's Motion *In Limine*, the Certification of Lisa Manshel with Exhibits, a proposed form of Order, and this Certification of Service.

3. On this date, I caused to be delivered via electronic mail copies of each of the above documents on each of the following:

-1-

Jon W. Green, Esq.
Green Savits LLC
25B Vreeland Road
Suite 207
Florham Park, NJ 07932

Laura Logiudice, Esq.
Green Savits LLC
25B Vreeland Road
Suite 207
Florham Park, NJ 07932

Susan Fellman, Esq.
Breuninger & Fellman
1829 Front Street
Scotch Plains, NJ 07076

Kathleen Ramalho, Esq.
Breuninger & Fellman
1829 Front Street
Scotch Plains, NJ 07076

Richard A. Gantner, Esq.
Cleary Giacobbe Alfieri Jacobs, LLC
169 Ramapo Valley Road
Upper Level 105
Oakland, NJ 07436

Domenick Carmagnola, Esq.
Carmagnola & Ritardi, LLC
60 Washington Street
Morristown, NJ 07960

Sean Joyce, Esq.
Carmagnola & Ritardi, LLC
60 Washington Street
Morristown, NJ 07960

I hereby certify that the within statements made by me are true.  I am aware that if the within statements made by me are willfully false, I am subject to punishment.

_____
**LISA MANSHEL, ESQ.**

DATED:    February 23, 2018
Montone.1350