UNITED STATES OF AMERICA
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

5/2/18
NEWARK
**Judge Chesler**

**COURT REPORTER:**
**KASHMER**

Docket No <u>06-280 & 06-3790</u>

**TITLE OF CASE**
VALERIE MONTONE v.
CITY OF JERSEY CITY, et al
-------------------------------------------
JOHN ASTRIAB, et al v.
CITY OF JERSEY CITY, et al

**APPEARANCE:**
Same
**NATURE OF PROCEEDINGS:**
Trial with jury continued at 9:00 a.m., before the Honorable Stanley R. Chesler

Jury present. All parties present.

Jury resumed deliberations at 9:00 a.m.

Ordered lunch for 8 jurors at the governments expense from Hobby's Newark, Branford Ave, Newark, NJ

Jury returned at 10:50 a.m. with a VERDICT Juror Note #6

**VERDICT:** Judgment found in favor of plaintiff as to damages and against defendants in the following amounts:

| | | |
|---|---|---|
| Valerie Montone | emotional distress-0 | |
| | economic damages in the amount of $276,834.00 | |
| John Astriab | emotional distress-0 | |
| | economic damages in the amount of $259,338.00 | |
| Clyde Banks | emotional distress-0 | |
| | economic damages in the amount of $299,370.00 | |
| James Buckley | emotional distress-0 | |
| | economic damages in the amount of $209,087.00 | |
| William Cullinane | emotional distress-0 | |
| | economic damages in the amount of $250,615.00 | |
| Richard DeStefano | emotional distress-0 | |
| | economic damages in the amount of $294,805.00 | |
| David LaBruno | emotional distress-0 | |
| | economic damages in the amount of $279,765.00 | |
| Ezio Scerbo | emotional distress-0 | |
| | economic damages in the amount of $19,390.00 | |
| John Whalen | emotional distress-0 | |
| | economic damages in the amount of $279,238.00 | |

Ordered jury polled and each juror concurred with verdict rendered by foreperson

Ordered VERDICT SHEET filed

Jury present for further instructions as to Awarding PUNITIVE DAMAGES

Summations by defendant Jersey City

Summations by plaintiff Montone

Summations by plaintiff Astriab

**CHARGE BY THE COURT as to PUNITIVE DAMAGES** against the City of Jersey City

Jury retired at 12:05 p.m. to deliberate

Jury note # 7 received at 12:35 p.m.

Jury returned for further instruction on note #7 at 12:40 p.m.

Jury resumed deliberations at 12:45 p.m.

Jury returned a Verdict, Jury note # 8 received at 1:03 p.m.

**VERDICT**-NO CAUSE of ACTION AS TO PUNITIVE DAMAGES against City of Jersey City

JURY NOT ORDERED TO BE POLLED

ORDERED JURY EXCUSED

Motions to be filed within 2 weeks from this date

Ordered exhibits returned to counsel

Ordered jury discharged

Ordered trial with jury adjourned at 1:20 p.m.

9:00 a.m START

10:50 a.m. to 12:05 p.m.   1.15

12:40 p.m. to 12:45 p.m.   .5

1:03 p.m. to 1:20 p.m.      20

1:20 p.m. STOP              1.40

s/ Theresa C. Trivino, Senior Deputy Clerk to the Honorable Stanley R. Chesler