# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Nos. 20-1535, 20-1536, 20-1598 & 20-1602

Valerie Montone v. City of Jersey City, et al

(U.S. District Court Nos.: 2-06-cv-00280 & 2-06-cv-03790)

## ORDER

In accordance with the agreement of the parties in the above-captioned cases, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated:   December 15, 2020
JK/cc:   Susan B. Fellman, Esq.
Richard A. Gantner, Esq.
Lisa Manshel, Esq.
Mr. William T. Walsh,

**A True Copy:**

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate